IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MIKE ARENDALE,

    Plaintiff,

v.   No. 05-2190 B/P

THE CITY OF MEMPHIS,

    Defendant.

---

### ORDER GRANTING DEFENDANT CITY OF MEMPHIS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

---

It appears to the Court, for good cause shown, that the City of Memphis' Motion for an Extension of Time Within Which to Answer or Otherwise Plead is well taken and, therefore, **GRANTED** until July 27, 2005 to file its answer or otherwise plead.

                                                JUDGE

                                          Date: June 30, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02190 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Michael J. Arendale
2695 Morning Woods
Cordova, TN 38016

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT