IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MIKE ARENDALE,

    Plaintiff,

v.                                                                                    No. 05-2190 B/P

THE CITY OF MEMPHIS,

    Defendant.

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

Pursuant to the Notice of Setting dated June 21, 2005, counsel for the parties submit the following joint proposed Scheduling Order:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): August 10, 2005

JOINING PARTIES: September 21, 2005

AMENDING PLEADINGS: September 21, 2005

INITIAL MOTIONS TO DISMISS: October 21, 2005

COMPLETING ALL DISCOVERY: January 23, 2006

    (a)    DOCUMENT PRODUCTION: January 23, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: January 23, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: November 23, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

(10)

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: December 23, 2005

(3) EXPERT WITNESS DEPOSITIONS: January 23, 2006

FILING DISPOSITIVE MOTIONS: February 23, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The parties request that the trial be set after May 23, 2006. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motion pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply

is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

Date: July 19, 2005

APPROVED:


ESKINS, KING & SEVIER, PC


By: _James E. King_ w/ permission by Amber Isom-Thompson
James E. King, Jr. (#21210)
50 N. Front St., Suite 770
Memphis, TN 38103
(901) 578-6902


_Tim Smith_ w/ permission by Amber Isom-Thompson
Tim Smith (#12803)
352 Poplar View Lane East
Collierville, TN 38017
(901) 853-5055

Attorneys for Plaintiff


KIESEWETTER WISE KAPLAN
PRATHER, PLC


By: _____
Robert D. Meyers (#12187)
Amber Isom-Thompson (#21210)
3725 Champion Hills Drive, Ste. 3000
Memphis, TN 38125
(901) 795-6695

Attorneys for Defendant

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02190 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Michael J. Arendale
2695 Morning Woods
Cordova, TN 38016

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT