IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MIKE J. ARENDALE,

    Plaintiff,

v.                                 No. 05-2190 B/P

THE CITY OF MEMPHIS,

    Defendant.

## [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to this Court that good cause is shown and that the Plaintiff's Unopposed Motion for Modification of the Court's Scheduling Order should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Court's Scheduling Order be modified as follows:

COMPLETING ALL DISCOVERY: No later than March 7, 2006.

    (a)    DOCUMENT PRODUCTION: No later than March 7, 2006.

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS: No later than March 7, 2006.

    (c)    EXPERT WITNESS DISCLOSURE: (RULE 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: No later than December 23, 2005.

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: No later than February 22, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05



    (3)    EXPERT WITNESS DEPOSITIONS: No later than February 22, 2006.

FILING DISPOSITIVE MOTIONS: No later than March 27, 2006.

_____
Judge

Date: November 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02190 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Michael J. Arendale
2695 Morning Woods
Cordova, TN 38016

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT