IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule, D.C.

05 DEC 23 PM 4: 44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MIKE ARENDALE,

    Plaintiff,

v.                                   No. 05-2190 B/P

THE CITY OF MEMPHIS,

    Defendant.

## AMENDED ORDER ON PLAINTIFF'S MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to the Court that good cause is shown and that the Joint Motion to Amend Order on Plaintiff's Motion for Modification of the Court's Scheduling Order should be granted.

IT IS THEREFORE ORDERED ADJUDGEED AND DECREED that the Order on Plaintiff's Motion for Modification of the Court's Scheduling Order should be amended and the Court's Scheduling Order should be modified, as follows:

COMPLETING ALL DISCOVERY: No later than February 22, 2006

    (a)    DOCUMENT PRODUCTION: No later than February 22, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS: No later than February 22, 2006

    (c)    EXPERT WITNESS DISCLOSURE: (RULE 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: No later than December 23, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-27-05



    (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPRT INFORMATION:

No later than February 22, 2006

    (3)    EXPERT WITNESS DEPOSITIONS: No later than February 22, 2006

FILING DISPOSITIVE MOTIONS: No later than March 27, 2006.

_____
Judge

Date: December 23, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02190 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Michael J. Arendale
2695 Morning Woods
Cordova, TN 38016

Honorable J. Breen
US DISTRICT COURT